**ELLIOTT, OSTRANDER & PRESTON, P.C.**

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OREGON 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
WEBSITE: www.eoplaw.com

OFFICES ALSO LOCATED IN WASHINGTON

SONIA A. MONTALBANO
DIRECT DIAL: (503) 224-9867
EMAIL: sonia@eoplaw.com

KAREN WETHERELL DAVIS
WILLIAM A. DREW
JEROME F. ELLIOTT
JOEL P. LEONARD
SONIA A. MONTALBANO
JOHN D. OSTRANDER
ROBERT J. PRESTON
JENNIFER L. ROLLINS
TYLER J. VOLM

MEMBERS ARE LICENSED IN
OREGON, WASHINGTON, CALIFORNIA,
ALASKA, & OHIO

January 8, 2013

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JAN 11 2013

FILED _____
DOCKETED _____
        DATE    INITIAL

U.S. Court of Appeals for the 9th Circuit
Att: Molly C. Dwyer
95 Seventh Street
San Francisco, CA 94103

Re:   **Pfau v. Mortenson**
      **Court of Appeals Case No. 12-35400**

Dear Ms. Dwyer:

I regret to have to inform you that Defendant-Appellee David Oliver Relin has passed away. His wife, Dawn Relin, is in the process of opening an estate in the local Probate Court. Mrs. Relin will be the personal representative of the estate, which will substitute in as a party once the initiating process is complete. We will continue to represent the estate during the appeal.

Thank you for your assistance in this matter. Please let me know if you have any questions.

Very truly yours,

ELLIOTT, OSTRANDER & PRESTON, P.C.

*[signature]*

Sonia A. Montalbano

cc:   Xander Blewett
      Jonathan Herman
      John M. Kauffman
      Carey E. Matovich